# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Metal Management, Inc.

Plaintiff,

v.
                                    Case No.: 1:20–cv–03202
                                    Honorable Thomas M. Durkin

Factory Mutual Insurance Company

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 10, 2021:

        MINUTE entry before the Honorable Thomas M. Durkin: The parties reported that they have reached a settlement. The 9/10/2021 telephone status hearing is vacated. A joint status report is due by 10/12/2021, unless a stipulation of dismissal is filed before then. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.