# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| METAL MANAGEMENT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No: 1:20-cv-03202 |
| | ) | |
| FACTORY MUTUAL INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL [FRCP 41(a)] AND ORDER OF DISMISSAL

Plaintiff, Metal Management, Inc. and Defendant, Factory Mutual Insurance Company, hereby stipulate under Federal Rule of Civil Procedure 41(a) that this action, having been settled and compromised in its entirety, be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

**MASINI, VICKERS & HADSELL, P.C.**

By: */s/ Thomas A. Vickers*
Attorneys for Plaintiff, METAL MANAGEMENT, INC.

**SENAK KEEGAN GLEASON & SMITH, LTD.**

By: */s/ Thomas B. Keegan*
Attorneys for Defendant, FACTORY MUTUAL INSURANCE COMPANY

Dated: October 4, 2021

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: _____

_____
THOMAS M. DURKIN
UNITED STATES DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| METAL MANAGEMENT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No: 1:20-cv-03202 |
| | ) | |
| FACTORY MUTUAL INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE OF STIPULATION OF DISMISSAL [FRCP 41(a)] AND ORDER OF DISMISSAL TO DEFENDANT**

PLEASE TAKE NOTICE that on October 4, 2021, Plaintiff, METAL MANAGEMENT, INC., served the Notice of Service of Stipulation of Dismissal [FRCP 41(a)] and Order of Dismissal to Defendant, in the above-captioned lawsuit upon counsel of record for Defendant, FACTORY MUTUAL INSURANCE COMPANY, via electronic mail using the following email addresses: Thomas B. Keegan: tkeegan@skgsmlaw.com and Edward W. Gleason: egleason@skgsmlaw.com.

        Respectfully submitted,

        **MASINI, VICKERS & HADSELL, P.C.**

        By:     */s/ Thomas A. Vickers*

Thomas A. Vickers
tav@mvhlawpc.com
MASINI, VICKERS & HADSELL, P.C.
150 S. Wacker Drive, 24th Floor
Chicago, Illinois 60606
(312) 224-1520
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

    I, Thomas A. Vickers, an attorney, hereby certify that on October 4, 2021, I caused a copy of the foregoing document to be filed electronically using the Electronic Filing System of the United States District Court for the Northern District of Illinois, Eastern Division, which provided copies to all attorneys of record.

                                                                          */s/ Thomas A. Vickers*